# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

138985

MANUEL BUITENDORP,
      Plaintiff-Appellee,

v

SWISS VALLEY, INC., d/b/a SWISS
VALLEY SKI RESORT, and AUTO-OWNERS
INSURANCE COMPANY,
      Defendants-Appellants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138985
COA: 289999
WCAC: 08-000075

_____/

On order of the Court, the application for leave to appeal the May 8, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the decision of the Workers' Compensation Appellate Commission (WCAC) and REMAND this case to the worker's compensation Board of Magistrates for reconsideration under the proper legal standard. The magistrate and WCAC employed an improper legal framework in analyzing the facts of this case by assessing whether the major purpose of the plaintiff's *overall* activities were work-related. Under MCL 418.301(3) and *Eversman v Concrete Cutting & Breaking*, 463 Mich 86 (2000), the major purpose of the plaintiff's activity *at the time of injury* determines whether the social or recreational bar applies.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk